UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GARO ALIKSANYAN,

                        Plaintiff,

                                                     JUDGMENT
                                                     17-CV-394 (MKB)

        - against –

VERIZON, NEW YORK STATE PUBLIC SERVICE
COMMISSION, and FEDERAL COMMUNICATIONS
COMMISSION,

                        Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on March 31, 2018, granting Defendant Federal Communications Commission's (FCC) motion in its entirety and the Defendant New York State Public Service Commission (NYPSC) and Defendant Verizon's motions in part; dismissing all claims against the FCC and the NYPSC; dismissing the federal claims against Verizon; terminating the FCC from the action because the claims against it are dismissed on the basis of sovereign immunity, and failure to exhaust administrative remedies; and remanding the case back to state court as to Verizon and its remaining state law claims, and the NYPSC and all its claims which were not addressed on the merits; it is

        ORDERED and ADJUDGED that FCC's motion is granted in its entirety; that the NYPSC's and Verizon's motions are granted in part; that all claims against the FCC and the NYPSC are dismissed; that the federal claims against Verizon are dismissed; that the FCC is terminated from the action; and that the case is remanded back to state court as to Verizon and its remaining state law claims, and the NYPSC and all its claims which were not addressed on the merits.

Dated: Brooklyn, NY  
March 31, 2018

Douglas C. Palmer  
Clerk of Court

By:  /s/Jalitza Poveda  
Deputy Clerk